|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>      v.<br><br>DANIEL JOHNSON, and<br>MARY LEE JOHNSON,<br><br>                Respondents. | CASE NO. MC09-5021JRC<br><br>NOTICE OF HEARING AND<br>ORDER TO SHOW CAUSE |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Respondents Daniel and Mary Lee Johnson are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to levy upon the real property located at 9507 131st Street N.W., Gig Harbor, Washington 98329 (the "Property") in order to sell the Property to satisfy part or all of the Respondents' unpaid federal income taxes, penalties, interest, and other statutory additions for the income tax years 1995, 1996, 1997, 1998, 1999 and 2000.

This Court has examined the Petition of the United States and accompanying Declaration of Revenue Officer Steve Baker, and it is hereby ORDERED that Respondents have 25 days from the date of this Order to file with the Clerk of the Court a written Objection to Petition. Any written Objection to Petition should demonstrate either that:

ORDER - 1

A. The liability has been satisfied; or

B. Respondents have other assets from which the unpaid tax liabilities can be satisfied; or

C. Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is FURTHER ORDERED that if Respondents file a written Objection to Petition with the Clerk of Court, then the Court will hold a hearing, at which the parties must appear, on **November 10th, 2009, at 10:00 a.m.,** at the United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington, 98402, in Courtroom D, for the court to consider Respondents' objections.

It is FURTHER ORDERED that, in addition to filing any Objection to the Petition with the Clerk of the Court, Respondents must also mail a copy of any Objection to the Petition to the attorneys for the United States, at the following addresses, on or before the filing date:

Shayla L. McCormally
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Jeffery C. Sullivan
United States Attorney
Western District of Washington
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

If Respondents do not file an Objection to Petition within 25 days of service of this order, or if he files an Objection to Petition but fails to appear before the Court as instructed, the Court will enter an Order Approving an Internal Revenue Service Levy on the Real Property Located at 9507 131st Street N.W., Gig Harbor, Washington 98329.

1  It is FURTHER ORDERED that a copy of this ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon Respondents Daniel and Mary Lee Johnson within 5 days of the date of this Order, by a Revenue Officer of the Internal Revenue Service, by delivering a copy to Respondents at the following address:

    9507 131st Street N.W.
    Gig Harbor, Washington 98329

Service may also be completed by any other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure. Proof of service shall be filed as soon as practicable.

The Clerk shall forward copies of this Order to the attorneys for the United States at the address indicated on its pleadings.

IT IS SO ORDERED.

Dated this 9th day of October, 2009.

_____
J. Richard Creatura
United States Magistrate Judge